Opinion issued January 20, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00909-CV

———————————

JESUS MEJIA, Appellant

V.

YANCY MEJIA, Appellee



 



 

On Appeal from the 257th District Court

Harris County, Texas



Trial Court Case No. 2007-77514

 



 

MEMORANDUM OPINION

          Appellant
has filed a motion to dismiss the appeal. 
More than 10 days have passed, and appellee has not filed an
objection.  No opinion has issued.  Accordingly, we grant the motion and
dismiss the appeal.  Tex. R. App. P. 42.1(a)(1) (providing
that appellate court may dispose of appeal on motion of appellant).

          We
overrule all other pending motions as moot. 
We direct the Clerk of this Court to issue the mandate within 10 days of
the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

 

Panel
consists of Justices Keyes, Sharp, and Massengale.